THOMAS J. HANNIGAN, an Infant, by CATHERINE HANNIGAN, His Guardian ad Litem, and THOMAS HANNIGAN, Respondents, v. BROOKLYN AND QUEENS

TRANSIT CORPORATION, Appellant.— Action by the infant plaintiff to recover damages for personal injuries sustained in a collision between defendant's trolley car and the bicycle that the infant was riding, and by the infant's father to recover for medical expenses and loss of services. Judgment in favor of plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.